UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
                             )
          Plaintiff          )      CRIMINAL NO. _08CR256-WQH_
                             )
                             )          ORDER
       vs.                   )
                             )      RELEASING MATERIAL WITNESS
_Angel Timoteo Osuna_        )
                             )
                             )      Booking No. _06940298_
       Defendant(s)          )
_____ )

On order of the United States District/Magistrate Judge,    **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

_Rufino Sanchez-Mendez_

DATED: _1-31-08_

                                            **NITA L. STORMES**

                        _____
                        UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** _____              **OR**
              **DUSM**

                        W. SAMUEL HAMRICK, JR.  Clerk

                        by _____
                                    **Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                    ☆ U.S. GPO: 2003-581-774/70082